AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

U.S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JAN 27 2025

Ronald E. Dowling, Clerk of Court
By_____
Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>INFORMATION ASSOCIATED WITH FACEBOOK<br>USER ID 1286307432 AND NAME JAIME ANTONIO<br>STORED AT PREMISES CONTROLLED BY META | Case No. 5:25-cm-00007 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ___Western___ District of ___Arkansas___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☐ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 1542 | Passport Fraud |

The application is based on these facts:
See attached affidavit

- ☑ Continued on the attached sheet.
- ☑ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Al Crelia*
Applicant's signature

Al Crelia, II, DUSM
Printed name and title

Sworn to before me and signed in my presence.

Date: January 27, 2025 @ 1:01 pm

*Christy Comstock*
Judge's signature

City and state: Fayetteville, Arkansas

Hon. Christy D. Comstock, US Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID 1286307432 AND NAME JAIME ANTONIO THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC. | Case No. |

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A SEARCH AND SEIZURE WARRANT

I, Al Crelia, Deputy United States Marshal with the United States Marshals Service, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this sworn statement in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 2703(c)(1)(A) for location information associated with a certain Facebook user ID that is stored at the premises owned, maintained, controlled, or operated by Meta Platforms. ("Meta Platforms"), a social networking company headquartered at 1601 Willow Road, Menlo Park, California. The Facebook User ID is described herein and in Attachment A, and the location information to be seized is described herein and in Attachment B.

2. Because this warrant seeks the prospective collection of information that may fall within the statutory definitions of information collected by "pen register" and/or "trap and trace device," *see* 18 U.S.C. § 3127(3) & (4), the requested warrant is designed to also comply with the Pen Register Act. *See* 18 U.S.C. §§ 3121-3127. The requested warrant therefore includes all the information required to be included in an order pursuant to that statute. *See* 18 U.S.C. §3123(b)(1).

3. I, Al Crelia, am a Deputy U.S. Marshal with the United States Marshals Service, and have been since February 2024. I'm currently assigned to the Fayetteville Sub Office located within the Western District of Arkansas. As part of my daily duties as a Deputy U.S. Marshal (DUSM), I conduct fugitive investigations. I have received extensive training in criminal investigations and fugitive tracking and apprehension to include the area of electronic surveillance in the tracking of fugitives.

4. During my time as a law enforcement officer, I have learned that criminals utilize various forms of web based applications to communicate with others. One main source of electronic communications is via Facebook and Facebook messenger. I know that Facebook and Facebook Messenger via Meta Platforms, have the ability to provide location information pertaining to the individauls utilizing Meta Platforms, products. The aforementioned location information can, and has assisted me in the past with locating wanted persons. .

5. The facts in this sworn statement come from my personal observations, my training and experience, court records, and information obtained from other agents and witnesses of this investigation. This sworn statement is intended to show that there is probable cause to believe that evidence more fully described in Attachment B, for the location of the subject individual listed below will be found in the subject account(s), more fully described in Attachment A, and does not purport to set forth all of my knowledge of or investigation into this matter.

6. Based on the facts set forth in this affidavit, there is probable cause to believe that Jaime Antonio Barriga BEJAR has violated the offense of passport fraud in violation of 18 U.S.C. § 1542. BEJAR pleaded guilty to this offense on September 27, 2024 and is the subject of an arrest warrant issued on January 16, 2024 for failure to appear at sentencing in violation of 18 United States Code Section 3146. There is also probable cause to believe that BEJAR is aware of these

charges and has fled. There is also probable cause to believe that the location information described in Attachment B will assist law enforcement in arresting BEJAR, who is a "person to be arrested" within the meaning of Federal Rule of Criminal Procedure 41(c)(4).

## JURISDICTION

7. The Court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711. Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated. *See* 18 U.S.C. § 2711(3)(A)(i).

## BACKGROUND CONCERNING FACEBOOK[1]

8. Meta is a United States company that owns and operates Facebook, a social media platform, and is a provider of electronic communications services and remote computing services as defined by 18 U.S.C. §§ 2711(2) and 3127(1). Users can access Facebook and register for an account, like the target account listed in Attachment A, via its website (facebook.com) or via its mobile applications (Facebook and Messenger). Each Facebook account is assigned a unique user ID number and may also be associated with a unique user-created username. Users can periodically change their usernames but no two users can have the same username at the same time.

---

[1] The information in this section is based on my training and experience, and on information published by Meta on its Facebook website, including, but not limited to, the following webpages: https://www.facebook.com/privacy/policy ("Privacy Policy"); https://www.facebook.com/about/basics/manage-your-privacy/location ("Location"); https://www.facebook.com/help/278928889350358 ("How Location Settings Work"); and https://www.facebook.com/help ("Help Center").

3

9. Facebook users can create, view, share, and interact with news, images, videos, and other information and can communicate in real-time with other users through text, voice, and video messaging. Accounts can also be used for event planning, buying and selling items, payments, gaming, fundraising, and to interact with groups, businesses, and other online platforms.

10. Meta uses information about the location of its Facebook users for business purposes and to enhance the functionality of its platform, such as to personalize and target advertisements, display local news stories, suggest nearby events, and detect suspicious account activity. Location determinations are informed by connection records, device-based data, and user-generated information. Examples of data used by Meta to determine a user's location include IP addresses, Global Position System ("GPS") data, "check-ins," and event responses. Meta also uses this data to estimate the city or town where the user is situated, which Meta refers to as the user's "Primary Location."

11. Meta collects geolocation data, which it refers to as "precise location information," from a user's device if each of the following conditions are met. First, the Facebook mobile application must be installed on the device. Second, a user of that device must have granted "permission" through the device's operating system for the mobile application to receive and transmit location data to Meta. Third, a user of that device must have enabled "location services" through the device's operating system. Fourth, the mobile application must be logged into a Facebook account and, if required by the permission or other settings, be in active use.

12. This proposed search warrant seeks the historical and prospective production of geolocation information collected and retained by Facebook in the normal course of business. Meta produces geolocation data to law enforcement as datapoints consisting of a latitude, longitude, and timestamp. According to Meta, it retains only one such datapoint for an account,

4

with each subsequent datapoint replacing the prior. Based on my training and experience, I know that Meta can produce that stored datapoint, which it refers to as "Last Location," and it can also produce subsequent datapoints on a rolling basis.

## PROBABLE CAUSE

13. The United States, including the United States Marshals Service, is conducting a fugitive investigation of Jaime Antonio Barriga BEJAR a/k/a Raul Castro in connection with an arrest warrant issued by this Court for failure to appear at sentencing for his conviction for passport fraud 18 U.S.C. § 1542.

14. Based on the facts set forth in this affidavit and the matters in the Court's records, BEJAR has violated conditions of his pre-trial release. On January 16, 2025, BEJAR was scheduled to be sentenced for his conviction on one count of passport fraud in violation of 18 U.S.C. § 1542, but he failed to appear for court. The defendant's attorney notified the Court that he met with BEJAR just the day before about the hearing scheduled. The defendant's wife reported to the defense attorney that she discovered that BEJAR was gone the morning of January 16, 2025. On January 16, 2025, an arrest warrant for BEJAR was issued by the United States District Court for the Western District of Arkansas for the violation of pre-trial release conditions under Title 18 U.S.C. § 3146. That warrant remains outstanding.

15. Law enforcement identified a Facebook account associated with BEJAR. On January 17, 2024, DUSM Crelia identified the Facebook username: Jaime Antonio with Account ID: 1286307432 as suspected of belonging to BEJAR. The account contains photographs of BEJAR consistant with the booking photos of BEJAR taken by law enforcement. On this account, DUSM Crelia BEJAR observed the account posted a profile picture of BEJAR on June 11, 2024.

5

Therefore, there is probable cause to believe this account belong to BEJAR based on the name and photographs on the account and believe BEJAR is actively using the account.

16. Accordingly, there is probable cause to believe the information records, and authorizations sought will aid the United States Marshals Service in the apprehension of the named fugitive. There is probable cause to believe that the location information described in Attachment B will assist law enforcement in arresting BEJAR who is a "person to be arrested" within the meaning of Federal Rule of Criminal Procedure 41(c)(4). Having access to that data in real or near real time will allow law enforcement to locate BEJAR and execute the outstanding warrant.

## AUTHORIZATION REQUEST

17. Based on the foregoing, I request that the Court issue the proposed warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

18. I further request that the Court direct Meta Platforms to disclose to the government any information described in Attachment B that is within the possession, custody, or control of Meta Platforms. I also request that the Court direct Meta Platforms to furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the information described in Attachment B unobtrusively and with a minimum of interference with Meta Platforms services.

*Al Crelia*
Al Crelia
Deputy United States Marshal

SUBSCRIBED AND SWORN to before me this 27th day of January, 2025.

Hon. Christy D. Comstock
United States District Judge

6

## ATTACHMENT A

### Description of property to be searched

This warrant applies to information associated with the Facebook account identified by the name "Jaime Bejar" and Facebook user ID 1286307432 that is stored at premises owned, maintained, controlled, or operated by Meta Platforms Inc., a company headquartered at 1601 Willow Road, Menlo Park, California.

## ATTACHMENT B
## DESCRIPTION OF PROPERTY TO BE SEIZED

### I. Information to be Disclosed by Meta Platforms, Inc. (the "Provider)

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta Platforms, Meta Platforms is required to disclose, pursuant to Title 18, United States Code, Section 2703(c) and (d), the following information to the government for each User ID listed in Attachment A:

- A. The following information about the customers or subscribers of the Account, from the date the Account was created to the present, unless specified otherwise below:
    1. Names (including subscriber names, user names, and screen names);
    2. Addresses (including mailing addresses, service addresses, residential addresses, business addresses, and e-mail addresses);
    3. Records of session times and durations
    4. Length of service (including start date) and types of service utilized;
    5. Telephone or instrument numbers (including model type/numbers, phone numbers, IMSIs, IMEIs, MEIDs, UDIDs, MAC addresses, and advertising IDs);
    6. Other subscriber numbers or identities, including any temporarily assigned network addresses (including the registration and session Internet Protocol ("IP") addresses with associated port numbers); and
    7. Means and source of payment for such service (including any credit card or bank account number).
- B. The following location information:
    1. Primary Location;
    2. Last Location; and
    3. All geolocation information for a period of 30 days, during all times of day and night.

8

## II. Information to be Seized by the Government

(a) All information described above in Section I that will assist in arresting **Jaime BEJAR** who was convicted of passport fraud on September 27, 2024, is the subject of an arrest warrant issued on January 16, 2025, and is a "person to be arrested" within the meaning of Federal Rule of Criminal Procedure 41(c)(4).